```
Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____
              Eastern District of Texas
_____

Case number (if known): _____   Chapter  7
```

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | **J.C. Lewis Construction, LLC** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. Debtor's federal Employer Identification Number (EIN) | 7 4 – 3 2 5 0 3 7 9 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o JC Lewis** | |
| **1685 County Road 2100**<br>Number        Street | Number        Street |
| **Shelbyville, TX 75973-2410**<br>City                    State    ZIP Code | City                    State    ZIP Code |
| **Shelby**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number        Street |
| | City                    State    ZIP Code |

| | |
|---|---|
| 5. Debtor's website (URL) | none |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **J.C. Lewis Construction, LLC**                                    Case number *(if known)* _____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    **2   3   6   2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  **Jerry Curtis Lewis &**          Relationship  **member**

         District  **Eastern District of Texas**          When  **2/7/2025**
                                                                MM / DD / YYYY

         Case number, if known  **25-90033**

Debtor   **J.C. Lewis Construction, LLC** _____   Case number (if known) _____
Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | Check all that apply:<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (Check all that apply.)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br><br>**Where is the property?** _____<br>     Number    Street<br><br>     _____<br>     City     State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   **J.C. Lewis Construction, LLC**                          Case number *(if known)* _____
         Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/27/2026**
              MM/ DD/ YYYY

**X**   **/s/ JC Lewis** _____                    **JC Lewis** _____
        Signature of authorized representative of debtor        Printed name

Title   _____ **President** _____

**18. Signature of attorney**

**X**   _____ **/s/ Michael E. Gazette** _____   Date  **02/27/2026** _____
        Signature of attorney for debtor                       MM/ DD/ YYYY

**Michael E. Gazette** _____
Printed name

**Law Offices of Michael E. Gazette** _____
Firm name

**100 East Ferguson Street 1000** _____
Number        Street

**Tyler** _____        **TX**        **75702** _____
City                              State        ZIP Code

**(903) 596-9911** _____        **megazette@suddenlinkmail.com** _____
Contact phone                     Email address

**077845000** _____        **TX** _____
Bar number                            State

Fill in this information to identify the case:

Debtor Name   **J.C. Lewis Construction, LLC**

United States Bankruptcy Court for the: _____ **Eastern** ____ District of ____ **Texas** ____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. | | ___ ___ ___ ___ | |
| 3.2. | | ___ ___ ___ ___ | |

4. **Other cash equivalents** *(Identify all)*

4.1 _____

4.2 _____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. ☐

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____

Debtor    **J.C. Lewis Construction, LLC** _____    Case number *(if known)* _____
Name

---

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    _____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➔    _____
    face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➔    _____
    face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **2**

Debtor  **J.C. Lewis Construction, LLC**

Name

Case number *(if known)*

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                               [ _____ ]

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                               [ _____ ]

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

---

Debtor    **J.C. Lewis Construction, LLC**
_____
Name                                            Case number *(if known)* _____

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **J.C. Lewis Construction, LLC**
Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* |
|--------|----------------------------------|--------------------------|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____  _____  _____

48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

49.1 _____    _____  _____  _____

49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor   **J.C. Lewis Construction, LLC** _____   Case number *(if known)* _____
　　　　　Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No

❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 11: | All other assets |
|---|---|

Debtor    **J.C. Lewis Construction, LLC**_____          Case number *(if known)*_____
            Name

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No. Go to Part 12.

     ☐ Yes. Fill in the information below.

     |  | Current value of debtor's interest |
     |---|---|

71.  **Notes receivable**

     Description (include name of obligor)

     _____    _____ – _____ = ➔    _____
                             Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____

     _____    Tax year _____    _____

     _____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

     _____                             _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     _____                             _____

     **Nature of claim**     _____

     **Amount requested**    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     _____                             _____

     **Nature of claim**     _____

     **Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

     _____                             _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     _____                             _____

     _____                             _____

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.      _____

---

Debtor   **J.C. Lewis Construction, LLC** _____     Case number *(if known)* _____
Name

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | **$0.00** | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | **$0.00** |

---

Fill in this information to identify the case:

Debtor name    **J.C. Lewis Construction, LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **Texas**

(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**   Creditor's name

Describe debtor's property that is subject to a lien

_____

_____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

Date debt was incurred    _____

Last 4 digits of account    __ __ — __ __ — __ __ — __ __
number

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional    _____
Page, if any.**

Fill in this information to identify the case:

Debtor name _____ **J.C. Lewis Construction, LLC** _____

United States Bankruptcy Court for the:

_____ **Eastern District of Texas** _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**Comptroller of Public Accounts**

**Po Box 149359**

**Austin, TX 78714-9359**

Date or dates debt was incurred

**01/01/2024**

Last 4 digits of account number **9** **9** **-** **7**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

**franchise tax**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **$3,891.86**          Priority amount: **$3,891.86**

**2.2** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☐ No

☐ Yes

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**3E Contracting**

**1304 Langham Creek Dr Ste 300**

**Houston, TX 77084-5043**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **waterproofing services**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,200.00**

---

**3.2** Nonpriority creditor's name and mailing address

**ABC Supply Company**

**Po Box 842450**

**Dallas, TX 75284-2450**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,724.10**

---

**3.3** Nonpriority creditor's name and mailing address

**ACT Pipe & Supply**

**6950 W Sam Houston Pkwy N**

**Houston, TX 77041-4023**

Date or dates debt was incurred _____

Last 4 digits of account number  **7  0  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **plumbing supplies and related materials**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,120.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Alexander Carpentry**

**Brandon Alexander**

**800 Lynn St**

**Bonham, TX 75418**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **carpentry services**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,400.00**

---

Debtor    **J.C. Lewis Construction, LLC**                                   Case number *(if known)* _____
          Name

---

**Part 2:** Additional Page

| | |
|---|---|
| **3.5** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $291,785.70 |

**3.5** Nonpriority creditor's name and mailing address

**Alexander Electric, Inc.**

**1602 E Denman Ave**

**Lufkin, TX 75901-6154**

Date or dates debt was incurred _____

Last 4 digits of account number    **3  1  9  8**

**As of the petition filing date, the claim is:** $291,785.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** electrical services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**American Express Corporate**

**American Express Bank**

**Po Box 981537**

**El Paso, TX 79998-1537**

Date or dates debt was incurred _____

Last 4 digits of account number    **1  0  0  9**

**As of the petition filing date, the claim is:** $144,096.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** credit card debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**ARC Abatement 1, Ltd.**

**225 S 12th St**

**Waco, TX 76701-1811**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** $80,425.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** asbestos abaetment

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Arrow**

**3010 County Road 175**

**Leander, TX 78641-1669**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:** $2,074.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trash and recycling services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,975.53 |

**AT&T**

**Po Box 5001**

**Carol Stream, IL 60197-5001**

Date or dates debt was incurred _____

Last 4 digits of account number   4   6  —  8

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **landline phones**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.96 |

**AT&T**

**Po Box 5001**

**Carol Stream, IL 60197-5001**

Date or dates debt was incurred _____

Last 4 digits of account number   5   9   3   0

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Uverse**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,107.85 |

**AT&T**

**Po Box 5001**

**Carol Stream, IL 60197-5001**

Date or dates debt was incurred _____

Last 4 digits of account number   2   0   1   8

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wireless phone service**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,540.48 |

**Atmos Energy Corporation**

**Po Box 650205**

**Dallas, TX 75265-0205**

Date or dates debt was incurred _____

Last 4 digits of account number   __  __  __  __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **natural gas services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,650.11 |
|---|---|---|---|

**Bank of America, N.A.**

**Po Box 982238**

**El Paso, TX 79998-2238**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343,245.00 |
|---|---|---|---|

**Bankers Healthcare Group**

**201 Solar St**

**Syracuse, NY 13204-1425**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **breach of financing agreement**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,571.00 |
|---|---|---|---|

**Best Block**

**Po Box 930134**

**Atlanta, GA 31193-0134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **masonry blocks**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,643.00 |
|---|---|---|---|

**Billy Frith Brick**

**214 W Monterey St**

**Denison, TX 75020-6365**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **masonry services**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor   **J.C. Lewis Construction, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,250.00 |

**3.17** Nonpriority creditor's name and mailing address

**Breath Safe Environmental Services**

**Po Box 83557**

**Baton Rouge, LA 70884**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **air quality services**

Is the claim subject to offset?
☑ No
☐ Yes

$21,250.00

---

**3.18** Nonpriority creditor's name and mailing address

**Centimark Corporation**

**31325.00**

**12 Grandview Cir**

**Canonsburg, PA 15317-8533**

Date or dates debt was incurred _____

Last 4 digits of account number **0  6  5  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **flooring services**

Is the claim subject to offset?
☑ No
☐ Yes

$31,325.00

---

**3.19** Nonpriority creditor's name and mailing address

**Champion Fire & Security**

**2701 W. Plano Pkwy 500**

**Plano, TX 75075**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **fire alarm\fire sprinkler services**

Is the claim subject to offset?
☑ No
☐ Yes

$86,664.60

---

**3.20** Nonpriority creditor's name and mailing address

**Channel Funding**

**c/o Lam Lyn & Phillip, P.C.**

**6363 Woodway Drive 975**

**77057**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of business loan and security agreeemnt**

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

---

Debtor    **J.C. Lewis Construction, LLC**

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,174.94 |
|---|---|---|---|

**Chase Card Services**

**Po Box 6294**

**Carol Stream, IL 60197-6294**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,376.76 |
|---|---|---|---|

**Chase Ink**

**Po Box 6294**

**Carol Stream, IL 60197-6294**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,693.07 |
|---|---|---|---|

**Coburn's**

**Po Box 669259**

**Dallas, TX 75266-9259**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,403.36 |
|---|---|---|---|

**Collins Construction Group, LLC**

**John Collins**

**340 George Simpson Road**

**Huntington, TX 75949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**wood beam erection, wall framing, exterior wall sheathing and**
Basis for the claim:  **exterior siding**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

**Commercial Bank of Texas LOC**

**Po Box 635050**

**Nacogdoches, TX 75963-5050**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$554,601.22

---

**3.26** Nonpriority creditor's name and mailing address

**Copley Land Surverying**

**5904 Texoma Pkwy**

**Sherman, TX 75090-2132**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **land surveying**

Is the claim subject to offset?
☑ No
☐ Yes

$1,824.75

---

**3.27** Nonpriority creditor's name and mailing address

**Cost Less Containers**

**Po Box 2499**

**Quinlan, TX 75474-0042**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Is the claim subject to offset?
☑ No
☐ Yes

$270.63

---

**3.28** Nonpriority creditor's name and mailing address

**Cowtown Materials**

**Po Box 207849**

**Dallas, TX 75320-7849**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  2  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Is the claim subject to offset?
☑ No
☐ Yes

$2,409.44

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 8 of 20

Debtor     **J.C. Lewis Construction, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.29**  Nonpriority creditor's name and mailing address

**Diane Carter, Trustee**

**660 N. Central Expressawy Ste 101**

**Plano, TX 75074**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **possible contested transfer**

Is the claim subject to offset?
☑ No
☐ Yes

$242,000.00

---

**3.30**  Nonpriority creditor's name and mailing address

**Dobbels Plumbing**

**1875 Fm 273**

**Bonham, TX 75418-5451**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **plumbing services**

Is the claim subject to offset?
☑ No
☐ Yes

$40,534.88

---

**3.31**  Nonpriority creditor's name and mailing address

**Eastex Glass and Mirror**

**3102 South St**

**Nacogdoches, TX 75964-6640**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **window\door\glass services**

Is the claim subject to offset?
☑ No
☐ Yes

$205,390.00

---

**3.32**  Nonpriority creditor's name and mailing address

**Elliott Electric Supply**

**Po Box 206524**

**Dallas, TX 75320-6524**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **4645130-1**

Is the claim subject to offset?
☑ No
☐ Yes

$8,175.79

---

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**Estamilado Nadin Painting**

**621 E Richards St**

**Sherman, TX 75090**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **painting services**

Is the claim subject to offset?
☑ No
☐ Yes

**$948.35**

---

**3.34** Nonpriority creditor's name and mailing address

**Evans Cabinets Corporation**

**1321 N Franklin St**

**Dublin, GA 31021-6929**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,078.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Hartmann Building Specialties, Ltd.**

**Po Box 20456**

**Beaumont, TX 77720-0456**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Is the claim subject to offset?
☑ No
☐ Yes

**$795.28**

---

**3.36** Nonpriority creditor's name and mailing address

**Hunt Construction**

**16229 Oxbow Trl**

**Buda, TX 78610-9343**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **construction services**

Is the claim subject to offset?
☑ No
☐ Yes

**$47,167.00**

---

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:** Additional Page</td></tr>
</table>

| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,235.07 |
|---|---|---|---|

**IPFS Corporation**

**1055 Broadway Blvd # 11**

**Kansas City, MO 64105-1575**

☐ Contingent
☐ Unliquidated
☐ Disputed

**premium finance**
Basis for the claim: **agreement**

Date or dates debt was incurred _____

Last 4 digits of account number   **8   4   0   4**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,161.76 |
|---|---|---|---|

**John Deere Financial**

**Po Box 650215**

**Dallas, TX 75265-0215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **equipment**

Date or dates debt was incurred _____

Last 4 digits of account number   **9   8   6   0**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,841.20 |
|---|---|---|---|

**JustUs Plumbing**

**1700 Bryant Dr Ste 203**

**Round Rock, TX 78664-3899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **plumbing services**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $999.90 |
|---|---|---|---|

**Kelly-Moore Paints**

**3010 Williams Drive 200**

**Georgetown, TX 78628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **paint supplies**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **J.C. Lewis Construction, LLC**
_____    Case number *(if known)* _____
Name

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,326.00 |
|---|---|---|---|

**Kinzler Construction**

**700 Se Oralabor Rd Ste 1**

**Ankeny, IA 50021-9326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **construction services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,607.17 |
|---|---|---|---|

**L&L AC-Electrical**

**705 N. Sulphur**

**75438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **electrical services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,785.88 |
|---|---|---|---|

**Live Oak Huntington**

**517 N Us Highway 69**

**Huntington, TX 75949-8893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number  5   7   6   6

Basis for the claim: **sanitation services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,403.23 |
|---|---|---|---|

**Lone Star Trailers, Inc.**

**1095 E Phillip Nolan Expy**

**Nolanville, TX 76559-4572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **equipment**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,877.47 |
|---|---|---|---|

**Lowe's**

**Lowe's**

**Po Box 71772**

**Philadelphia, PA 19176-1772**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **materials**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   7   __   3**

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,220.50 |
|---|---|---|---|

**M&L Drywall**

**3830 South State Hwy 78**

**Bonham, TX 75418**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **drywall services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,648.30 |
|---|---|---|---|

**MBCI**

**MBCI LOCKBOX**

**Po Box 840326**

**Dallas, TX 75284-0326**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **materials**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   3   1   5**

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,432.94 |
|---|---|---|---|

**McCoy's Building Supply**

**2701 Martin Luther King Jr Blvd**

**Lufkin, TX 75904-0092**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  **materials**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

**McKnight Construction 1, LLC**

**15306 N US Hwy 69**

**Pollok, TX 75969**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **construction services**

Is the claim subject to offset?
☑ No
☐ Yes

$65,400.00

---

**3.50** Nonpriority creditor's name and mailing address

**National Funding Inc.**

**9530 Towne Centre Dr Ste 120**

**San Diego, CA 92121-1981**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of Guaranty**

Is the claim subject to offset?
☑ No
☐ Yes

$359,999.64

---

**3.51** Nonpriority creditor's name and mailing address

**Outlaw Construction**

**Po Box 398**

**Bonham, TX 75418-0398**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **earthwork**

Is the claim subject to offset?
☑ No
☐ Yes

$14,072.50

---

**3.52** Nonpriority creditor's name and mailing address

**Piney Woods Sanitation**

**Po Box 1417**

**Huntington, TX 75949-1417**

Date or dates debt was incurred _____

Last 4 digits of account number  8  7  3  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **sanitation services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,004.29

---

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Pinner Construction & Fabrication**

**1151 North Man Street**

**Huntington, TX 75949**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **construction services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$59,349.40

---

**3.54** Nonpriority creditor's name and mailing address

**Prosperity Bank**

**Po Box 2550**

**Houston, TX 77252**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **promissory note**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$265,154.18

---

**3.55** Nonpriority creditor's name and mailing address

**RP Construction**

**7172 FM 2164**

**Denton, TX 76205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **construction services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$11,223.49

---

**3.56** Nonpriority creditor's name and mailing address

**Schexnider Landscaping Services**

**722 W 14th St**

**Crowley, LA 70526-2708**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **landscaping services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,120.00

---

Debtor    **J.C. Lewis Construction, LLC**
_____    Case number *(if known)* _____
Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,526.40 |
| --- | --- | --- | --- |

**Smith Carpets**

**1289 Clarksville St**

**Paris, TX 75460**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **carpentry services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395,702.35 |
| --- | --- | --- | --- |

**Strickland Plumbing & Hvac, Inc.**

**1510 Atkinson Dr**

**Lufkin, TX 75901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **plumbing & hvac services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540,000.00 |
| --- | --- | --- | --- |

**Structurlam Liquidating Trust**

**Heather Barlow**
**c/o Edmond M. George**

**1500 Market Street Ste 3400**

**Philadelphia, PA 19109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **timber supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,230.00 |
| --- | --- | --- | --- |

**Texas Pro Chemical Soil Stabilization**

**1937 County Road 2293**

**Quinlan, TX 75474-2801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: **services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.61**

Nonpriority creditor's name and mailing address

**Tex-Oma Builders Supply**

**3365 Juanita Dr Bldg 1**

**Denison, TX 75020-1011**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **construction services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$801.96

---

**3.62**

Nonpriority creditor's name and mailing address

**The Home Depot Credit Services**

**Dept 32 - 2145184820**

**P O Box 9001030**

**Louisville, KY 40290-1030**

Date or dates debt was incurred _____

Last 4 digits of account number  **4  8  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$21,235.07

---

**3.63**

Nonpriority creditor's name and mailing address

**The Sherwin Williams Company**

**711 E Taylor St**

**Sherman, TX 75090-2859**

Date or dates debt was incurred _____

Last 4 digits of account number  **7  1  -  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **paint supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,007.36

---

**3.64**

Nonpriority creditor's name and mailing address

**Travelers**

**Po Box 660317**

**Dallas, TX 75266-0317**

Date or dates debt was incurred _____

Last 4 digits of account number  **3  2  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **insurance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,637.60

---

Debtor    **J.C. Lewis Construction, LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,779.32 |
| --- | --- | --- | --- |

**3.65** Nonpriority creditor's name and mailing address

**United Rentals**

**Branch 615**

**117 W Us Highway 82**

**Sherman, TX 75092-4031**

Date or dates debt was incurred _____

Last 4 digits of account number    **8  6  3  2**

As of the petition filing date, the claim is: **$4,779.32**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment rental**

Is the claim subject to offset?
☑ No
☐ Yes

**3.66** Nonpriority creditor's name and mailing address

**Unlimited Stone**

**114 Stevens St**

**Longview, TX 75604-4723**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: **$35,975.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **countertop fabrication and installation**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **CJC Law Office** <br> **c/o Christopher J. Cali, Esq.** <br> **201 Solar Street** <br> **Syracuse, NY 13204** | Line **3.14** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Craig A. Noack** <br> **24165 Ih 10 W # 217-418** <br> **San Antonio, TX 78257-1449** | Line **3.50** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Lam, Lyn & Philip, P.C.** <br> **c/o Anita Jamali** <br> **6363 Woodway Dr Ste 975** <br> **Houston, TX 77057-1713** | Line **3.20** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **National Funding , Inc.** <br> **c/o James E. Hawley** <br> **9530 Towne Centre Dr Ste 120** <br> **San Diego, CA 92121-1981** | Line **3.50** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **Wright & Greenhill, P.C.** <br> **McCoy Corporation** <br> **c/o Morgan Shell** <br> **4700 Mueller Blvd Unit 200** <br> **Austin, TX 78723** | Line **3.48** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **J.C. Lewis Construction, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$3,891.86** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,785,786.13** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,789,677.99** |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**J.C. Lewis Construction, LLC**</td></tr>
</table>

Fill in this information to identify the case:

Debtor name __**J.C. Lewis Construction, LLC**__

United States Bankruptcy Court for the: __**Eastern**__   District of __**Texas**__
(State)

Case number (If known): _____   Chapter __**7**__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name   **J.C. Lewis Construction, LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
<span style="float:right">12/15</span>

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **J.C. Lewis Construction, LLC** _____   Case number (if known) _____
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **J.C. Lewis Construction, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................ | **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................. | **$0.00**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................ | **$0.00**

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | **$3,891.86**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+   $4,785,786.13**

4. **Total liabilities**...................................................................................................................... | **$4,789,677.99**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **J.C. Lewis Construction, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | **$161,176.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor    J.C. Lewis Construction, LLC

Case 26-90049    Doc 1    Filed 02/27/26    Entered 02/27/26 15:40:39    Desc Main
                          Document    Page 40 of 66    Case number *(if known)* _____

Name

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br><br>Street<br><br>_____<br><br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br><br>Street<br><br>_____<br><br>City        State    ZIP Code | _____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **J.C. Lewis Construction, LLC**    Case number *(if known)* _____
        Name

5.1. _____    _____    _____

Creditor's name

Street _____

_____

City        State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Channel Partners Capital, LLC v. J.C. Lewis Construction LLC and Jerry Lewis, Individually** | **Breach of Business Loan and Security Agreement** | **273rd Judicial District Court** <br> Name <br> **200 San Augustine St Ste 3** <br> Street <br><br> **Center, TX 75935-3959** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** <br> **24CV36770** | | | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **National Funding, Inc., a California Corporation; vs. J.C. Lewis Construction LLC, a Texas Limited Liability Company; Jerry Lewis, and Individual** | **Breach of Contract Breach of Guaranty** | **Superior Court of the State of California for the County of Orange** <br> Name <br> **700 Civic Center Drive West** <br> Street <br><br> **Santa Ana, CA 92701** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** <br> **30-2023-01356153-CU-BC-CJC** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Bankers Healthcare Group, LLC** | **Breach of Financing Agreement Breach of Personal Guaranty** | **Supreme Court of the State of New York County of Onondaga** <br> Name <br> **505 S State St Rm 110** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | | |
| | **007101/2023** | | **Syracuse, NY 13202-2611** <br> City   State   ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **McCoy Corporation vs. Jerry Lewis and J.C. Lewis Construction, LLC** | **Breach of contract** | **Hays County Court at Law No. 1** <br> Name <br> **712 S Stagecoach Trl Ste 2292** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | **24-0730-C** | | **San Marcos, TX 78666-6261** <br> City   State   ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **United States Fire Insurance Company vs. J.C. Lewis Construction, LLC, JBAE Holdings, LLC, E & A Design Build, LLC, Jerry C. Lewis, and Brandy Lewis** | **Breach of contract** | **United States District Court for the Eastern District of Texas, Lufkin Division** <br> Name <br> **300 Willow St** <br> Street <br> **The Jack Brooks Federal Building & United States Courthouse** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | **9:24-cv-00112-MJT** | | **Beaumont, TX 77701-2250** <br> City   State   ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Heather Barlow, Liquidating Trustee of The Structurlam Liquidating Trust vs. JC Lewis Construction** | **Breach of contract** | **United States Bankruptcy Court for the District of Delaware** <br> Name <br> **824 Market Street 3rd Floor** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number | | | |
| | **25-50553-CTG** | | **Wilmington, DE 19801** <br> City   State   ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

Debtor    **J.C. Lewis Construction, LLC**                                    Case number *(if known)*
          Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

**Craig A. Noack**
Custodian's name

**24165 IH-10 West 217-418**
Street

| Case title |
|---|
| **National Funding, Inc. v. J.C. Lewis Construction, LLC & Jerry Lewis** |

**San Antonio, TX 78257-1449**
City                State        ZIP Code

| Case number |
|---|
| **2024-005462-1** |

| Court name and address |
|---|
| **County Court at Law No One** |

Name

**100 W Weatherford St Rm 490**
Street

**Fort Worth, TX 76196-0240**
City                State        ZIP Code

| Date of order or assignment |
|---|
| **01/17/2025** |

---

### Part 4:   Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                State        ZIP Code

| Recipient's relationship to debtor |
|---|

---

### Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

### Part 6:   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Offices of Michael E. Gazette** | **Attorney's Fee** | **02/13/2026** | **$7,538.00** |

| Address |
|---|
| **100 East Ferguson Street 1000** |
| Street |
| |
| **Tyler, TX 75702** |
| City      State    ZIP Code |

| Email or website address |
|---|
| **megazette@suddenlinkmail.com** |

| Who made the payment, if not debtor? |
|---|
| **J.C. Lewis Construction, LLC** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **J.C. Lewis Construction, LLC**                                    Case number *(if known)*
          Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City                    State      ZIP Code

**Relationship to debtor**

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street | From _____  To _____ |
| City          State     ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name | | |
| Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State     ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

Debtor    **J.C. Lewis Construction, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ − __ __ __ __ __ __ __ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Community bank of Louisiana** <br> Name <br> **Po Box 1308** <br> Street <br> <br> **Mansfield, LA 71052-1308** <br> City    State    ZIP Code | XXXX− **8  9  1  0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | **11/20/2025** | **$143.05** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **J.C. Lewis Construction, LLC**                                    Case number *(if known)* _____

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **9**

Debtor    **J.C. Lewis Construction, LLC** _____    Case number *(if known)* _____
Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City       State   ZIP Code | City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City       State   ZIP Code | City          State    ZIP Code | _____ | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **J.C. Lewis Construction, LLC** _____   Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. 

Name

Street

City           State     ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____   To _____

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Strategic Tax Solutions**<br>Name<br>**5225 N Federal Hwy # 204**<br>Street<br><br>**Boca Raton, FL 33487-4959**<br>City           State     ZIP Code | From **2024**    To **06/09/2025** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City           State     ZIP Code | From _____   To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name<br><br>Street<br><br>City           State     ZIP Code | **All were on Quickbooks Cloud.**<br>**When subscription expired, they**<br>**were lost** |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    J.C. Lewis Construction, LLC                                    Case number *(if known)* _____
Name

| Name and address |
|---|

26d.1.

_____

Name

_____

Street

_____

_____

City                          State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____

Name

_____

Street

_____

_____

City                          State          ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerry C. Lewis** | **P.O. Box 1510 Center, TX 75935** | **President, Owner** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor   **J.C. Lewis Construction, LLC** _____ Case number *(if known)* _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                     State          ZIP Code

| Relationship to debtor |
|---|

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/27/2026**
              MM/ DD/ YYYY

**X** **/s/ JC Lewis** _____     Printed name   **JC Lewis** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**J.C. Lewis Construction, LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Eastern District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

❑ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Commercial Bank of Texas LOC Po Box 635050 Nacogdoches, TX 75963-5050 | | | | | | $554,601.22 |
| 2 | Structurlam Liquidating Trust Heather Barlow c/o Edmond M. George 1500 Market Street Ste 3400 Philadelphia, PA 19109 | (250) 492-8912 | timber supplies | | | | $540,000.00 |
| 3 | Strickland Plumbing & Hvac, Inc. 1510 Atkinson Dr Lufkin, TX 75901 | | plumbing & hvac services | | | | $395,702.35 |
| 4 | National Funding Inc. 9530 Towne Centre Dr Ste 120 San Diego, CA 92121-1981 | (858) 221-6583 | Breach of Guaranty | | | | $359,999.64 |
| 5 | Bankers Healthcare Group 201 Solar St Syracuse, NY 13204-1425 | | breach of financing agreement | | | | $343,245.00 |
| 6 | Alexander Electric, Inc. 1602 E Denman Ave Lufkin, TX 75901-6154 | | electrical services | | | | $291,785.70 |
| 7 | Prosperity Bank Po Box 2550 Houston, TX 77252 | | promissory note | | | | $265,154.18 |
| 8 | Channel Funding c/o Lam Lyn & Phillip, P.C. 6363 Woodway Drive 975 , 77057 | | breach of business loan and security agreeemnt | | | | $250,000.00 |

| Debtor | **J.C. Lewis Construction, LLC** | | | | |
|---|---|---|---|---|---|
| | Name | | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Diane Carter, Trustee 660 N. Central Expressawy Ste 101 Plano, TX 75074 | | possible contested transfer | Contingent Disputed Unliquidated | | | $242,000.00 |
| 10   Eastex Glass and Mirror 3102 South St Nacogdoches, TX 75964-6640 | | window\door\glass services | | | | $205,390.00 |
| 11   American Express Corporate American Express Bank Po Box 981537 El Paso, TX 79998-1537 | | credit card debt | | | | $144,096.69 |
| 12   MBCI MBCI LOCKBOX Po Box 840326 Dallas, TX 75284-0326 | (877) 713-6224 | materials | | | | $120,648.30 |
| 13   Champion Fire & Security 2701 W. Plano Pkwy 500 Plano, TX 75075 | | fire alarm\fire sprinkler services | | | | $86,664.60 |
| 14   ARC Abatement 1, Ltd. 225 S 12th St Waco, TX 76701-1811 | | asbestos abaetment | | | | $80,425.76 |
| 15   Collins Construction Group, LLC John Collins 340 George Simpson Road Huntington, TX 75949 | | wood beam erection, wall framing, exterior wall sheathing and exterior siding | | | | $74,403.36 |
| 16   Bank of America, N.A. Po Box 982238 El Paso, TX 79998-2238 | | | | | | $71,650.11 |
| 17   McKnight Construction 1, LLC 15306 N US Hwy 69 Pollok, TX 75969 | | construction services | | | | $65,400.00 |
| 18   Pinner Construction & Fabrication 1151 North Man Street Huntington, TX 75949 | | construction services | | | | $59,349.40 |
| 19   JustUs Plumbing 1700 Bryant Dr Ste 203 Round Rock, TX 78664-3899 | (903) 759-0080 | plumbing services | | | | $54,841.20 |
| 20   Chase Ink Po Box 6294 Carol Stream, IL 60197-6294 | | | | | | $49,376.76 |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of Texas

**In re**     J.C. Lewis Construction, LLC

Case No. _____

**Debtor**

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$7,538.00**

Prior to the filing of this statement I have received ....................................................................    **$7,538.00**

Balance Due ...............................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in adversary proceedings.

B2030 (Form 2030) (12/25)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/27/2026 | /s/ Michael E. Gazette |
|---|---|
| *Date* | Michael E. Gazette |
| | *Signature of Attorney* |

Bar Number: 077845000
Law Offices of Michael E. Gazette
100 East Ferguson Street 1000
Tyler, TX 75702
Phone: (903) 596-9911

**Law Offices of Michael E. Gazette**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

IN RE: **J.C. Lewis Construction, LLC**                                    CASE NO

                                                                          CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **02/27/2026**      Signature                    **/s/ JC Lewis**
                                                   JC Lewis, President

3E Contracting
1304 Langham Creek Dr Ste 300
Houston, TX 77084-5043

ABC Supply Company
Po Box 842450
Dallas, TX 75284-2450

ACT Pipe & Supply
6950 W Sam Houston Pkwy N
Houston, TX 77041-4023

Alexander Carpentry
Brandon Alexander
800 Lynn St
Bonham, TX 75418

Alexander Electric, Inc.
1602 E Denman Ave
Lufkin, TX 75901-6154

American Express Corporate
American Express Bank
Po Box 981537
El Paso, TX 79998-1537

ARC Abatement 1, Ltd.
225 S 12th St
Waco, TX 76701-1811

Arrow
3010 County Road 175
Leander, TX 78641-1669

AT&T
Po Box 5001
Carol Stream, IL 60197-5001

Atmos Energy Corporation
Po Box 650205
Dallas, TX 75265-0205

Bank of America, N.A.
Po Box 982238
El Paso, TX 79998-2238

Bankers Healthcare Group
201 Solar St
Syracuse, NY 13204-1425

Best Block
Po Box 930134
Atlanta, GA 31193-0134

Billy Frith Brick
214 W Monterey St
Denison, TX 75020-6365

Breath Safe Environmental
Services
Po Box 83557
Baton Rouge, LA 70884

Centimark Corporation
31325.00
12 Grandview Cir
Canonsburg, PA 15317-8533

Champion Fire & Security
2701 W. Plano Pkwy 500
Plano, TX 75075


Channel Funding
c/o Lam Lyn & Phillip, P.C.
6363 Woodway Drive 975
77057


Chase Card Services
Po Box 6294
Carol Stream, IL 60197-6294


Chase Ink
Po Box 6294
Carol Stream, IL 60197-6294


CJC Law Office
c/o Christopher J. Cali, Esq.
201 Solar Street
Syracuse, NY 13204


Coburn's
Po Box 669259
Dallas, TX 75266-9259


Collins Construction Group,
LLC
John Collins
340 George Simpson Road
Huntington, TX 75949

Commercial Bank of Texas
LOC
Po Box 635050
Nacogdoches, TX 75963-5050

Copley Land Surverying
5904 Texoma Pkwy
Sherman, TX 75090-2132

Cost Less Containers
Po Box 2499
Quinlan, TX 75474-0042

Cowtown Materials
Po Box 207849
Dallas, TX 75320-7849

Craig A. Noack
24165 Ih 10 W # 217-418
San Antonio, TX 78257-1449

Diane Carter, Trustee
660 N. Central Expressawy Ste 101
Plano, TX 75074

Dobbels Plumbing
1875 Fm 273
Bonham, TX 75418-5451

Eastex Glass and Mirror
3102 South St
Nacogdoches, TX 75964-6640

Elliott Electric Supply
Po Box 206524
Dallas, TX 75320-6524

Estamilado Nadin Painting
621 E Richards St
Sherman, TX 75090


Evans Cabinets Corporation
1321 N Franklin St
Dublin, GA 31021-6929


Hartmann Building
Specialties, Ltd.
Po Box 20456
Beaumont, TX 77720-0456


Hunt Construction
16229 Oxbow Trl
Buda, TX 78610-9343


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
1055 Broadway Blvd # 11
Kansas City, MO 64105-1575


John Deere Financial
Po Box 650215
Dallas, TX 75265-0215


JustUs Plumbing
1700 Bryant Dr Ste 203
Round Rock, TX 78664-3899

Kelly-Moore Paints
3010 Williams Drive 200
Georgetown, TX 78628

Kinzler Construction
700 Se Oralabor Rd Ste 1
Ankeny, IA 50021-9326

L&L AC-Electrical
705 N. Sulphur
75438

Lam, Lyn & Philip, P.C.
c/o Anita Jamali
6363 Woodway Dr Ste 975
Houston, TX 77057-1713

Live Oak Huntington
517 N Us Highway 69
Huntington, TX 75949-8893

Lone Star Trailers, Inc.
1095 E Phillip Nolan Expy
Nolanville, TX 76559-4572

Lowe's
Lowe's
Po Box 71772
Philadelphia, PA 19176-1772

M&L Drywall
3830 South State Hwy 78
Bonham, TX 75418

MBCI
MBCI LOCKBOX
Po Box 840326
Dallas, TX 75284-0326

## McCoy's Building Supply
2701 Martin Luther King Jr Blvd
Lufkin, TX 75904-0092

## McKnight Construction 1, LLC
15306 N US Hwy 69
Pollok, TX 75969

## National Funding , Inc.
c/o James E. Hawley
9530 Towne Centre Dr Ste 120
San Diego, CA 92121-1981

## National Funding Inc.
9530 Towne Centre Dr Ste 120
San Diego, CA 92121-1981

## Outlaw Construction
Po Box 398
Bonham, TX 75418-0398

## Piney Woods Sanitation
Po Box 1417
Huntington, TX 75949-1417

## Pinner Construction & Fabrication
1151 North Man Street
Huntington, TX 75949

Prosperity Bank
Po Box 2550
Houston, TX 77252


RP Construction
7172 FM 2164
Denton, TX 76205


Schexnider Landscaping
Services
722 W 14th St
Crowley, LA 70526-2708


Smith Carpets
1289 Clarksville St
Paris, TX 75460


Strickland Plumbing & Hvac,
Inc.
1510 Atkinson Dr
Lufkin, TX 75901


Structurlam Liquidating Trust
Heather Barlow
c/o Edmond M. George
1500 Market Street Ste 3400
Philadelphia, PA 19109

Texas Comptroller of Public
Accounts
Comptroller of Public Accounts
Po Box 149359
Austin, TX 78714-9359

Texas Pro Chemical Soil
Stabilization
1937 County Road 2293
Quinlan, TX 75474-2801

Tex-Oma Builders Supply
3365 Juanita Dr Bldg 1
Denison, TX 75020-1011

The Home Depot Credit
Services
Dept 32 - 2145184820
P O Box 9001030
Louisville, KY 40290-1030

The Sherwin Williams
Company
711 E Taylor St
Sherman, TX 75090-2859

Travelers
Po Box 660317
Dallas, TX 75266-0317

United Rentals
Branch 615
117 W Us Highway 82
Sherman, TX 75092-4031

United States Attorney's
Office
350 Magnolia St Ste 150
Beaumont, TX 77701-2254

United States Trustee's Office
110 North College Avenue 300
Tyler, TX 75702-7231

Unlimited Stone
114 Stevens St
Longview, TX 75604-4723

Wright & Greenhill, P.C.
McCoy Corporation
c/o Morgan Shell
4700 Mueller Blvd Unit 200
Austin, TX 78723