Fill in this information to identify the case:

Debtor Name ___J.C. Lewis Construction, LLC_____

United States Bankruptcy Court for the: _____**Eastern**_____ District of ___**Texas**___
(State)

Case number (If known): _____

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. Cash on hand _____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

3.1. _____  _____  ___ ___ ___ ___

3.2. _____  _____  ___ ___ ___ ___

4. Other cash equivalents *(Identify all)*

4.1 _____  _____

4.2 _____  _____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   [_____]

| Part 2: | Deposits and prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1 _____  _____

Case 26-90049   Doc 4   Filed 03/03/26   Entered 03/03/26 14:39:34   Desc Main
Document   Page 6 of 85

Debtor ___J.C. Lewis Construction, LLC_____     Case number (if known) _____
        Name

---

7.2 _____     _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____     _____

   8.2 _____     _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.     | _____ |

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |

11. **Accounts receivable**

    11a. 90 days old or less:   _____ - _____ =..... →     _____
                               face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ - _____ =..... →     _____
                               face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     | _____ |

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____     _____     _____

    14.2 _____     _____     _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1 _____     _____     _____

    15.2 _____     _____     _____

---

Debtor  __J.C. Lewis Construction, LLC_____  Case number *(if known)* _____
       Name

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____   _____

16.2 _____   _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** Work in progress | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    [_____]

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **J.C. Lewis Construction, LLC**                                    Case number *(if known)* _____
          Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                     _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor    **J.C. Lewis Construction, LLC**        Case number *(if known)* _____
     Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|    42.1 | | | |
|    42.2 | | | |
|    42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|    47.1 | | | |
|    47.2 | | | |
|    47.3 | | | |
|    47.4 | | | |

Case 26-90049   Doc 4   Filed 03/05/26   Entered 03/05/26 14:39:34   Desc Main
Document   Page 18 of 35

Debtor    **J.C. Lewis Construction, LLC**                          Case number *(if known)* _____
          _____
          Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____  _____  _____  _____

    48.2 _____    _____  _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____  _____

    49.2 _____    _____  _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____         _____  _____  _____  _____

51. **Total of Part 8**                                                                    ┌───────────────┐
    Add lines 47 through 50. Copy the total to line 87.                                    └───────────────┘

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**                                                                    ┌───────────────┐
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   └───────────────┘

---

| Debtor | J.C. Lewis Construction, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☐ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☐ No
☐ Yes

| Part 10: | Intangibles and Intellectual property |
|---|---|

**59.** Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.** Total of Part 10

Add lines 60 through 65. Copy the total to line 89. _____

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor   **J.C. Lewis Construction, LLC** _____   Case number *(if known)* _____
     Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No. Go to Part 12.

  ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = → _____
                           Total face amount     doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73.** **Interests in insurance policies or annuities**

_____  _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

Nature of claim    _____

Amount requested  _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

Nature of claim    _____

Amount requested  _____

**76.** **Trusts, equitable or future interests in property**

_____  _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.             _____

---

Debtor      J.C. Lewis Construction, LLC _____      Case number *(if known)* _____
          Name

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☐ No
  ☐ Yes

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $0.00 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.** ................................................... | | $0.00 |

Fill in this information to identify the case:

Debtor name   **J.C. Lewis Construction, LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____   District of _____ **Texas** _____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   _____

Fill in this information to identify the case:

Debtor name _____ **J.C. Lewis Construction, LLC** _____

United States Bankruptcy Court for the:

_____ **Eastern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,891.86 | $3,891.86 |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

__Comptroller of Public Accounts__

__Po Box 149359__

__Austin, TX 78714-9359__

Date or dates debt was incurred

__01/01/2024__

Last 4 digits of account number  **9   9   -   7**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

__franchise tax__

Is the claim subject to offset?

☑ No

☐ Yes

Total claim $3,891.86

Priority amount $3,891.86

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

Debtor  __J.C. Lewis Construction, LLC_____  Case number *(if known)* _____
            Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

  3E Contracting

  1304 Langham Creek Dr Ste 300

  Houston, TX 77084-5043

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __waterproofing services__

Is the claim subject to offset?
☒ No
☐ Yes

**$23,200.00**

---

**3.2**  Nonpriority creditor's name and mailing address

  ABC Supply Company

  Po Box 842450

  Dallas, TX 75284-2450

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __materials__

Is the claim subject to offset?
☒ No
☐ Yes

**$4,724.10**

---

**3.3**  Nonpriority creditor's name and mailing address

  ACT Pipe & Supply

  6950 W Sam Houston Pkwy N

  Houston, TX 77041-4023

Date or dates debt was incurred _____

Last 4 digits of account number  7  0  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __plumbing supplies and related materials__

Is the claim subject to offset?
☒ No
☐ Yes

**$9,120.00**

---

**3.4**  Nonpriority creditor's name and mailing address

  Alexander Carpentry

  Brandon Alexander

  800 Lynn St

  Bonham, TX 75418

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __carpentry services__

Is the claim subject to offset?
☒ No
☐ Yes

**$16,400.00**

| Debtor | J.C. Lewis Construction, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $291,785.70 |
|---|---|---|---|
| | Alexander Electric, Inc. | ☐ Contingent | |
| | 1602 E Denman Ave | ☐ Unliquidated | |
| | Lufkin, TX 75901-6154 | ☐ Disputed | |
| | | **Basis for the claim:** electrical services | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   3  1  9  8 | ☑ No   ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $144,096.69 |
|---|---|---|---|
| | American Express Corporate | ☐ Contingent | |
| | American Express Bank | ☐ Unliquidated | |
| | Po Box 981537 | ☐ Disputed | |
| | El Paso, TX 79998-1537 | **Basis for the claim:** credit card debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   1  0  0  9 | ☑ No   ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80,425.76 |
|---|---|---|---|
| | ARC Abatement 1, Ltd. | ☐ Contingent | |
| | 225 S 12th St | ☐ Unliquidated | |
| | Waco, TX 76701-1811 | ☐ Disputed | |
| | | **Basis for the claim:** asbestos abaetment | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No   ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,074.90 |
|---|---|---|---|
| | Arrow | ☐ Contingent | |
| | 3010 County Road 175 | ☐ Unliquidated | |
| | Leander, TX 78641-1669 | ☐ Disputed | |
| | | Trash and recycling | |
| | | **Basis for the claim:** services | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No   ☐ Yes | |

Case 26-90049   Doc 4   Filed 03/05/26   Entered 03/05/26 14:39:34   Desc Main
Document   Page 14 of 35

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.9** 

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,975.53 |
|---|---|---|

**AT&T**

Po Box 5001

Carol Stream, IL 60197-5001

Date or dates debt was incurred _____

Last 4 digits of account number  4  6  __  8

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  landline phones

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.96 |
|---|---|---|

**AT&T**

Po Box 5001

Carol Stream, IL 60197-5001

Date or dates debt was incurred _____

Last 4 digits of account number  5  9  3  0

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Uverse

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,107.85 |
|---|---|---|

**AT&T**

Po Box 5001

Carol Stream, IL 60197-5001

Date or dates debt was incurred _____

Last 4 digits of account number  2  0  1  8

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  wireless phone service

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,540.48 |
|---|---|---|

**Atmos Energy Corporation**

Po Box 650205

Dallas, TX 75265-0205

Date or dates debt was incurred _____

Last 4 digits of account number  __  __  __  __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  natural gas services

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J.C. Lewis Construction, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71,650.11
*Check all that apply.*

**Bank of America, N.A.**

Po Box 982238
El Paso, TX 79998-2238

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $343,245.00
*Check all that apply.*

**Bankers Healthcare Group**

201 Solar St
Syracuse, NY 13204-1425

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **breach of financing agreement**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,571.00
*Check all that apply.*

**Best Block**

Po Box 930134
Atlanta, GA 31193-0134

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **masonry blocks**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,643.00
*Check all that apply.*

**Billy Frith Brick**

214 W Monterey St
Denison, TX 75020-6365

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **masonry services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **J.C. Lewis Construction, LLC**                                        Case number *(if known)* _____
         Name

---

**Part 2:** Additional Page

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,250.00 |
|---|---|---|---|

**Breath Safe Environmental Services**

**Po Box 83557**

**Baton Rouge, LA 70884**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **air quality services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,325.00 |
|---|---|---|---|

**Centimark Corporation**

**31325.00**

**12 Grandview Cir**

**Canonsburg, PA 15317-8533**

Date or dates debt was incurred _____

Last 4 digits of account number   0   6   5   3

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **flooring services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,664.60 |
|---|---|---|---|

**Champion Fire & Security**

**2701 W. Plano Pkwy 500**

**Plano, TX 75075**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fire alarm\fire sprinkler services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 |
|---|---|---|---|

**Channel Funding**

**c/o Lam Lyn & Phillip, P.C.**

**6363 Woodway Drive 975**

**77057**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **breach of business loan and security agreeemnt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

<table>
<tr><td colspan="3"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,174.94 |
|---|---|---|

**Chase Card Services**

**Po Box 6294**

**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,376.76 |
|---|---|---|

**Chase Ink**

**Po Box 6294**

**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,693.07 |
|---|---|---|

**Coburn's**

**Po Box 669259**

**Dallas, TX 75266-9259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **materials**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,403.36 |
|---|---|---|

**Collins Construction Group, LLC**

**John Collins**

**340 George Simpson Road**

**Huntington, TX 75949**

☐ Contingent
☐ Unliquidated
☐ Disputed

**wood beam erection, wall framing, exterior wall sheathing and**
Basis for the claim: **exterior siding**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address

**Commercial Bank of Texas LOC**

**Po Box 635050**

**Nacogdoches, TX 75963-5050**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $554,601.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Copley Land Surverying**

**5904 Texoma Pkwy**

**Sherman, TX 75090-2132**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $1,824.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: land surveying

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Cost Less Containers**

**Po Box 2499**

**Quinlan, TX 75474-0042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $270.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: materials

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Cowtown Materials**

**Po Box 207849**

**Dallas, TX 75320-7849**

Date or dates debt was incurred _____

Last 4 digits of account number  1   2   0   1

As of the petition filing date, the claim is: $2,409.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: materials

Is the claim subject to offset?
☑ No
☐ Yes

Case 26-90049   Doc 4   Filed 03/03/26   Entered 03/03/26 14:39:34   Desc Main
Document   Page 19 of 35

Debtor   **J.C. Lewis Construction, LLC**                                        Case number *(if known)* _____
　　　　　Name

---

**Part 2:** **Additional Page**

---

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $242,000.00 |
|---|---|---|---|

**Diane Carter, Trustee**

**660 N. Central Expressawy Ste 101**

**Plano, TX 75074**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **possible contested transfer**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,534.88 |
|---|---|---|---|

**Dobbels Plumbing**

**1875 Fm 273**

**Bonham, TX 75418-5451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **plumbing services**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $205,390.00 |
|---|---|---|---|

**Eastex Glass and Mirror**

**3102 South St**

**Nacogdoches, TX 75964-6640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **window\door\glass services**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,175.79 |
|---|---|---|---|

**Elliott Electric Supply**

**Po Box 206524**

**Dallas, TX 75320-6524**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **4645130-1**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.33** Nonpriority creditor's name and mailing address
**Estamilado Nadin Painting**
621 E Richards St
Sherman, TX 75090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **painting services**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$948.35

**3.34** Nonpriority creditor's name and mailing address
**Evans Cabinets Corporation**
1321 N Franklin St
Dublin, GA 31021-6929

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **materials**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$2,078.00

**3.35** Nonpriority creditor's name and mailing address
**Hartmann Building Specialties, Ltd.**
Po Box 20456
Beaumont, TX 77720-0456

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **materials**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$795.28

**3.36** Nonpriority creditor's name and mailing address
**Hunt Construction**
16229 Oxbow Trl
Buda, TX 78610-9343

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **construction services**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$47,167.00

Case 26-90049   Doc 4   Filed 03/03/26   Entered 03/03/26 14:59:34   Desc Main
Document   Page 21 of 35

Debtor    J.C. Lewis Construction, LLC _____    Case number *(if known)* _____
                    Name

---

**Part 2:   Additional Page**

| | |
|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address** |

**3.37**

Nonpriority creditor's name and mailing address

**IPFS Corporation** _____

**1055 Broadway Blvd # 11** _____

**Kansas City, MO 64105-1575** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **8   4   0   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  premium finance **agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$21,235.07

---

**3.38**

Nonpriority creditor's name and mailing address

**John Deere Financial** _____

**Po Box 650215** _____

**Dallas, TX 75265-0215** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **9   8   6   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment**

Is the claim subject to offset?
☑ No
☐ Yes

$14,161.76

---

**3.39**

Nonpriority creditor's name and mailing address

**JustUs Plumbing** _____

**1700 Bryant Dr Ste 203** _____

**Round Rock, TX 78664-3899** _____

Date or dates debt was incurred _____

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **plumbing services**

Is the claim subject to offset?
☑ No
☐ Yes

$54,841.20

---

**3.40**

Nonpriority creditor's name and mailing address

**Kelly-Moore Paints** _____

**3010 Williams Drive 200** _____

**Georgetown, TX 78628** _____

Date or dates debt was incurred _____

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **paint supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$999.90

---

| Debtor | J.C. Lewis Construction, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

**3.41** | Nonpriority creditor's name and mailing address

**Kinzler Construction**

**700 Se Oralabor Rd Ste 1**

**Ankeny, IA 50021-9326**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **construction services**

Is the claim subject to offset?
☑ No
☐ Yes

$25,326.00

---

**3.42** | Nonpriority creditor's name and mailing address

**L&L AC-Electrical**

**705 N. Sulphur**

**75438**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **electrical services**

Is the claim subject to offset?
☑ No
☐ Yes

$7,607.17

---

**3.43** | Nonpriority creditor's name and mailing address

**Live Oak Huntington**

**517 N Us Highway 69**

**Huntington, TX 75949-8893**

Date or dates debt was incurred _____

Last 4 digits of account number  5  7  6  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **sanitation services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,785.88

---

**3.44** | Nonpriority creditor's name and mailing address

**Lone Star Trailers, Inc.**

**1095 E Phillip Nolan Expy**

**Nolanville, TX 76559-4572**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment**

Is the claim subject to offset?
☑ No
☐ Yes

$4,403.23

| Debtor | J.C. Lewis Construction, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

Lowe's

Lowe's

Po Box 71772

Philadelphia, PA 19176-1772

Date or dates debt was incurred _____

Last 4 digits of account number   1  7  __  3

As of the petition filing date, the claim is:                    $34,877.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  materials

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

M&L Drywall

3830 South State Hwy 78

Bonham, TX 75418

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:                    $4,220.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  drywall services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

MBCI

MBCI LOCKBOX

Po Box 840326

Dallas, TX 75284-0326

Date or dates debt was incurred _____

Last 4 digits of account number   4  3  1  5

As of the petition filing date, the claim is:                    $120,648.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  materials

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

McCoy's Building Supply

2701 Martin Luther King Jr Blvd

Lufkin, TX 75904-0092

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:                    $26,432.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  materials

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **J.C. Lewis Construction, LLC**                                    Case number *(if known)* _____
         Name

---

**Part 2:**  Additional Page

---

| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,400.00 |
|---|---|---|---|

**3.49**

Nonpriority creditor's name and mailing address

**McKnight Construction 1, LLC**

15306 N US Hwy 69

Pollok, TX 75969

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $65,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: construction services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50**

Nonpriority creditor's name and mailing address

**National Funding Inc.**

9530 Towne Centre Dr Ste 120

San Diego, CA 92121-1981

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $359,999.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Breach of Guaranty

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51**

Nonpriority creditor's name and mailing address

**Outlaw Construction**

Po Box 398

Bonham, TX 75418-0398

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $14,072.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: earthwork

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52**

Nonpriority creditor's name and mailing address

**Piney Woods Sanitation**

Po Box 1417

Huntington, TX 75949-1417

Date or dates debt was incurred _____

Last 4 digits of account number  8  7  3  0

As of the petition filing date, the claim is: $1,004.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: sanitation services

Is the claim subject to offset?
☑ No
☐ Yes

---

Case 26-90049   Doc 1   Filed 03/03/26   Entered 03/03/26 14:39:34   Desc Main
Document   Page 25 of 35

Debtor   __J.C. Lewis Construction, LLC__   Case number *(if known)* _____
　　　　　Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,349.40 |
|---|---|---|---|

**Pinner Construction & Fabrication**

**1151 North Man Street**

**Huntington, TX 75949**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Basis for the claim:　__construction services__

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $265,154.18 |
|---|---|---|---|

**Prosperity Bank**

**Po Box 2550**

**Houston, TX 77252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Basis for the claim:　__promissory note__

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,223.49 |
|---|---|---|---|

**RP Construction**

**7172 FM 2164**

**Denton, TX 76205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Basis for the claim:　__construction services__

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,120.00 |
|---|---|---|---|

**Schexnider Landscaping Services**

**722 W 14th St**

**Crowley, LA 70526-2708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

Basis for the claim:　__landscaping services__

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **J.C. Lewis Construction, LLC**                                    Case number *(if known)* _____
     Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,526.40 |
|---|---|---|---|

**Smith Carpets**

**1289 Clarksville St**

**Paris, TX 75460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  carpentry services

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395,702.35 |
|---|---|---|---|

**Strickland Plumbing & Hvac, Inc.**

**1510 Atkinson Dr**

**Lufkin, TX 75901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  plumbing & hvac services

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $540,000.00 |
|---|---|---|---|

**Structurlam Liquidating Trust**

**Heather Barlow**
**c/o Edmond M. George**

**1500 Market Street Ste 3400**

**Philadelphia, PA 19109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  timber supplies

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,230.00 |
|---|---|---|---|

**Texas Pro Chemical Soil Stabilization**

**1937 County Road 2293**

**Quinlan, TX 75474-2801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **J.C. Lewis Construction, LLC**                                          Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $801.96 |

**3.61** Nonpriority creditor's name and mailing address

Tex-Oma Builders Supply

3365 Juanita Dr Bldg 1

Denison, TX 75020-1011

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:    **$801.96**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  construction services

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

The Home Depot Credit Services

Dept 32 - 2145184820

P O Box 9001030

Louisville, KY 40290-1030

Date or dates debt was incurred  _____

Last 4 digits of account number  4  8  2  0

As of the petition filing date, the claim is:    **$21,235.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

The Sherwin Williams Company

711 E Taylor St

Sherman, TX 75090-2859

Date or dates debt was incurred  _____

Last 4 digits of account number  7  1  -  5

As of the petition filing date, the claim is:    **$3,007.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  paint supplies

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Travelers

Po Box 660317

Dallas, TX 75266-0317

Date or dates debt was incurred  _____

Last 4 digits of account number  3  2  3  8

As of the petition filing date, the claim is:    **$7,637.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  insurance

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    __J.C. Lewis Construction, LLC_____    Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |
|---------|-----------------|

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,779.32 |
|------|---|---|---|

**3.65**

Nonpriority creditor's name and mailing address

**United Rentals**

**Branch 615**

**117 W Us Highway 82**

**Sherman, TX 75092-4031**

Date or dates debt was incurred    _____

Last 4 digits of account number    __8   6   3   2__

As of the petition filing date, the claim is:    $4,779.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __equipment rental__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66**

Nonpriority creditor's name and mailing address

**Unlimited Stone**

**114 Stevens St**

**Longview, TX 75604-4723**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:    $35,975.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __countertop fabrication and installation__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  CJC Law Office<br>c/o Christopher J. Call, Esq.<br>201 Solar Street<br>Syracuse, NY 13204 | Line **3.14**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**  Craig A. Noack<br>24165 Ih 10 W # 217-418<br>San Antonio, TX 78257-1449 | Line **3.50**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3**  Lam, Lyn & Philip, P.C.<br>c/o Anita Jamali<br>6363 Woodway Dr Ste 975<br>Houston, TX 77057-1713 | Line **3.20**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4**  National Funding , Inc.<br>c/o James E. Hawley<br>9530 Towne Centre Dr Ste 120<br>San Diego, CA 92121-1981 | Line **3.50**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5**  Wright & Greenhill, P.C.<br>McCoy Corporation<br>c/o Morgan Shell<br>4700 Mueller Blvd Unit 200<br>Austin, TX 78723 | Line **3.48**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | J.C. Lewis Construction, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $3,891.86 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $4,785,786.13 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $4,789,677.99 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **J.C. Lewis Construction, LLC** |
| United States Bankruptcy Court for the: | **Eastern** District of **Texas** (State) |
| Case number (if known): | Chapter **7** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __J.C. Lewis Construction, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. Does the debtor have any codebtors?

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | J.C. Lewis Construction, LLC | Case number (if known) |
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **J.C. Lewis Construction, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): _____ | Chapter **7** |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................ | **$0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................. | **$0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................... | **$0.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... | **$3,891.86**

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ | + **$4,785,786.13**

4. **Total liabilities**...................................................................................................................... | **$4,789,677.99**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ J.C. Lewis Construction, LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): *26-90049*

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐ *Amended Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/27/2026
          MM/ DD/ YYYY

X _____*JC Lewis*_____
Signature of individual signing on behalf of debtor

**JC Lewis**
Printed name

**President**
Position or relationship to debtor